# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAWN NADIA STEERE | § | CASE NO. 10-14545-SJS |
| | § | CHAPTER 13 |
| AKA D NADIA STEERE AKA NADIA STEERE AKA N | § | |
| | § | JUDGE SAMUEL J. STEINER |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Saxon Mortgage Services, Inc.**
**1270 Northland Drive / Suite 200**
**Mendota Heights, Minnesota 55120**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7620-N-7011
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Saxon Mortgage Services, Inc.

## CERTIFICATE OF SERVICE

       I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before May 3, 2010:

**Debtors' Attorney**
Christina Latta Henry
Seattle Debt Law Llc
705 2nd Avenue Ste 1050
Seattle, WA 98104

**Chapter 13 Trustee**
K. Michael Fitzgerald
600 University Street, Suite 2200
Seattle, Washington 98101-4100

**U.S. Trustee**
Charles Johnson
810 Park Place Bldg, 1200 6th Ave.
Seattle, Washington 98101

                                            /s/ Joe M. Lozano, Jr.

                                            Joe M. Lozano, Jr.

7620-N-7011
noaelect